# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No. 3:17-CR-098 |
| -vs- | : | Magistrate Judge Sharon L. Ovington |
| ARICK CARLES, | : | |
| Defendant. | : | |

## ORDER REVOKING BOND AND ORDERING TREATMENT

This case came before the Court on May 22, 2018 for a Bond Violation Hearing. Defendant admits violations as set forth in the Pretrial Petition (Doc. #15 ). The Court finds Defendant in violation of conditions of his pretrial release and orders that his bond be revoked. The Court orders that Defendant Carles be taken into the custody of the US Marshal until a bed becomes available. Defendant is ordered to be placed in an in-house drug treatment facility. Defendant shall participate in and successfully complete any treatment deemed necessary by his Pretrial Services Officer.

May 22, 2018

                                                  s/Sharon L. Ovington
                                                   Sharon L. Ovington
                                        United States Magistrate Judge