# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

                        :

       Plaintiff,                      Case No. 3:17-cr-098

                        :

  -vs-                        Magistrate Judge Sharon L. Ovington

ARICK CARLES,            :

       Defendant.

---

## ORDER REVOKING BOND AND ORDER FOR PSYCHOLOGICAL EVALUATION

---

This case came before the Court on July 26, 2018 for a Bond Violation and Plea Hearing. Defendant admits the violation as set forth in the Pretrial Petition (Doc. #22 ). The Court finds Defendant in violation of conditions of his pretrial release. The Court orders that Defendant's bond be REVOKED and that Defendant Carles be taken into the custody of the US Marshal.  Defendant's counsel, Assistant Federal Public Defender Cheryll Bennett moved to have the Defendant psychologically evaluated. The oral motion is GRANTED.

Accordingly, the Court finds there is good cause to believe Defendant is not competent, and therefore finds, pursuant to 18 U.S.C. § 4241(a), that there is reasonable cause to believe that Defendant is presently suffering from a mental disease or defect rendering Defendant incompetent to the extent that Defendant is unable to understand the nature and consequences of the proceedings or to properly assist in the defense.

Therefore, pursuant to 18 U.S.C. § 4247(b), Defendant is ordered to be evaluated by Dr. Massimo DeMarchis as soon as possible.  Dr. Massimo DeMarchis shall file a prompt report with this Court pursuant to 18 U.S.C. §4247(c).


August 9, 2018                                                s/ Sharon L. Ovington
                                                            Sharon L. Ovington
                                                      United States Magistrate Judge